# IN THE
## COURT OF CRIMINAL APPEALS 84,314-01

## DAVID WADE HUBBARD, REALTOR,

RECEIVED IN
COURT OF CRIMINAL APPEALS

### VS.

This document contains some
pages that are of poor quality
at the time of imaging.

DEC 10 2015

## THE HONORABLE
## PRESIDING JUDGE OF THE DISTRICT COURT,

Abel Acosta, Clerk

### RESPONDENT

## PETITITIZON FOR WRIT OF MAND-AMUS

Comes now David Wade Hubbard, Realtor, an inmate incarcerated in Walker County ESTELLE UNIT, Huntsville, Walker County, Texas, and files this Petition for Writ of Mandamus, and in support of said petition, would show the Court the following:

### I.

On the ____ day of ____, 20__, Realtor was charged with the felony offense of Indecency with a Child of the Texas Penal Code/Health and Safety Code.

### II.

On the ____ day of ____, 20__, an indictment against Realtor was presented in the ____ Judicial District Court of ____ County, Texas, the cause number was presented in the ____ Judicial

District Court for arraignment and/or trial.

## III.

On the 26 day of October, 2025, Realtor filed a Rules Appellate Procedure appeal packet, a copy of which is annexed hereto and made a part hereof. To date, Respondent has failed or refused to on said motion, and the cause is still pending in the aforementioned Court

## IV.

Realtor complains of Respondent and for cause of action alleges that the excessive delay occasioned by the Court's failure or refusal to grant his relief in the Court of Appeals by exhausting all of his remedies, is irreparably impairing and prejudicing his ability to present a reasonable defense to the charge or charges against him, in that defense witnesses are becoming unavailable to him, and such witnesses who remain are liable to have forgotten material facts that are crucial to the defense in the heretofore described cause.

## V.

Realtor is entitled to relief he seeks from Respondent under the Fourth, Fifth, Eight and Fourteenth Amendments to the Constitution of the United States; Article I, Sections 10, 19, and 29 of the Constitution of the State of Texas; and, Article 1.05 of the Texas

of Criminal Procedure.

WHEREFORE, PREMISES CONSIDERED, Realtor prays the Court and issue Writ of Mandamus to Respondent, directing and commanding him to immediately relief to which he may be entitled in this proceeding.

Respectfully submitted,


Freddie Houston
Attorney for Realtor        Realtor

# ACKNOWLEDGEMENT

STATE OF TEXAS

COUNTY OF HOOD

Before me undersigned authority, on this day personally appeared _____, Realtor in the above and foregoing Petition for Writ of Mandamus, and who after being duly sworn stated that all the allegation of fact contained in said Petition are true and correct.

Sworn to and signed before me on this the _____ day of _____, 20____ .

_____
Notary Public

HOOD COUNTY CAUSE NO.

COURT OF CRIMINAL APPEALS CAUSE No.

THE STATE OF TEXAS

VS

DAVID WADE HUBBARD

IN THE COURT OF
CRIMINAL APPEALS

AUSTIN, TEXAS

APPLICATION FOR LEAVE TO FILE
PETITION WRIT OF
MANDAMUS

TO SAID HONORABLE COURT:

Comes now David Wade Hubbard, Petitioner, and asks leave of Court to file the attached Petition For Writ of Mandamus, and would Show the Court the following:

## I.

This is an extraordinary case that requires the Court of Criminal Appeals to exercise original jurisdiction because petitioner has no adequate remedy of law, it involves ministerial acts only, and Petitioner has been unsuccessful in obtaining relief from trial judge.

Respectfully submitted,

Reddie M——

Attorney for Petitioner     Petitioner
(to be signed only if Petitioner is not Pro Se)

## CERTIFICATE OF SERVICE

I, hereby that on this the 7th day of
Peccember, 2015, a true and correct copy
of the above and foregoin application for Leave
to File Petition for Writ of Mandamus has
been transmitted to the office of the Hood
County District Attorney, Hood County Justice
Center, 1200 W. Pearl Street, Granbury, Texas.

David Hubbard
Petitioner

# ACKNOWLEDGEMENT

STATE OF TEXAS

COUNTY OF HODD

Before me the undersigned authority, on this day personally appeared Realtor in the above and foregoing Petition for Writ of Mandamus, and who after being duly sworn stated that all the allegations of fact contained in said Petition are true and correct.

Sworn to and signed before me on this the _____ day of _____, 2025.

_____
Notary Public

HOOD COUNTY CAUSE NO. _____

COURT OF CRIMINAL APPEALS CAUSE NO. _____

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COURT OF CRIMINAL APPEALS |
| VS | |
| DAVID WADE HUBBARD | AUSTIN, TEXAS |

APPLICATION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS

TO SAID HONORABLE COURT:

Comes now David Wade Hubbard, Petitioner, and asks leave of Court to file the attached Petition For Writ of Mandamus, and would show the Court the following:

I.

This is an extraordinary case that requires the Court of Criminal Appeals to exercise original jurisdiction because Petitioner has no adequate remedy at law, it involves ministerial acts only, and Petitioner has been unsuccessful in obtaining relief from the appeal judge.

Respectfully submitted,

Geddie Houston
Attorney for Petitioner          Petitioner
(to be signed only if Petitioner is not Pro Se